CITY OF CORBIN, Kentucky, Movant, v. Mrs. G. F. WEAVER, Opposed.

Court of Appeals of Kentucky.

Feb. 18, 1941.

M. A. Gray for movant.

Charles L. Stephens, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Luke WALKER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Feb. 18, 1941.

Thomas D. Theobald, Jr., for movant.

Hubert Meredith, Attorney General, and Jesse K. Lewis, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

ATLAS COAL COMPANY et al., Movants, v. Lon ROBERTSON, Opposed.

Court of Appeals of Kentucky.

March 7, 1941.

Robert J. Watson for movants.

W. J. Stone, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.